IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MATTHEW G. SULLIVAN,

    Petitioner,

v.

DAN SPROUL, WARDEN, USP MARION,

    Respondent.

Case No. 3:19-CV-01277-NJR

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated **November 9, 2020** (Doc. 15), judgment is entered in favor of Respondent Dan Sproul. This action is **DISMISSED with prejudice.**

    DATED:   November 9, 2020

                                          MARGARET M. ROBERTIE,
                                          Clerk of Court

                                          By:   s/ *Deana Brinkley*
                                                      Deputy Clerk

APPROVED:   *s/ Nancy J. Rosenstengel*
                    NANCY J. ROSENSTENGEL
                    Chief U.S. District Judge